**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*December 17, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | **CRIMINAL NO.** 4:25-cr-0689 |
| § § | |
| **CESAR MARTELL** § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

1. The Defendant, **CESAR MARTELL**, worked as a driver for Uber Technologies, Inc. ("Uber").

2. Uber is a service that connects riders and drivers through a mobile application connected to the internet to provide rides and other services, and is headquartered in San Francisco, California.

3. The Defendant had an Uber account starting on or about September 10, 2018.

4. On or about June 12, 2021, Victim 1 encountered the Defendant, who was driving his car near the 11900 block of Eastex Freeway, Houston, Texas.

5. The Defendant agreed to give Victim 1 a ride and Victim 1 got into the Defendant's car.

6. The Defendant kidnapped her for the purpose of sexually assaulting her. Specifically, the Defendant drove his car to an abandoned gas station located on or near McCarty Street, Houston, Texas, without her consent.

7. Once at the abandoned gas station and while in his car, the Defendant attempted to sexually assault Victim 1. After Victim 1 attempted to resist the Defendant's attempt to sexually assault, the Defendant began to strangle Victim 1. Victim 1 managed to escape from the Defendant's car and successfully fled from the Defendant on foot.

8. That same day, on or about June 12, 2021, Victim 1 made a report to law enforcement. Victim 1 was observed to be crying and to have torn clothing with red marks on her neck and scratches on her arm.

9. Victim 1 was transported to a hospital for a Sexual Assault Nurse Examiner ("SANE") exam. Male DNA was identified during the SANE exam.

10. On or about May 21, 2023, the Defendant was operating as a driver for Uber.

11. On or about May 21, 2023, Victim 2 requested a ride using the Uber mobile application.

12. The Defendant accepted Victim 2's request using his Uber mobile application, which was a means, facility, and instrumentality of interstate and foreign commerce.

13. After the Defendant drove Victim 2 to her requested location, the Defendant informed Victim 2 that if she requested a ride outside of the Uber application, he could transport her for a lower price.

14. Later that evening, on or about May 22, 2023, Victim 2 directly contacted the Defendant via text message for a ride home, as Defendant had suggested.

15. The Defendant agreed to provide Victim 2 a ride home.

16. Instead of driving her directly home, the Defendant kidnapped her for the purpose of sexually assaulting her. Specifically, he falsely told Victim 2 that his car was overheating and pulled over on or near Lockwood Street, Houston, Texas, without her consent.

17. The Defendant then got into the backseat of his car, where Victim 2 was located, and began to strangle her. The Defendant then sexually assaulted Victim 2.

18. Afterwards, the Defendant dropped Victim 2 off at a store located near her home and in Houston, Texas.

19. On the same day, on or about May 22, 2023, Victim 2 reported this sexual assault to Uber. On or about that same day, Uber terminated the Defendant's account.

20. On or about May 22, 2023, Victim 2 went to the hospital for a SANE exam. Male DNA was identified during Victim 2's SANE exam.

21. On or about May 22, 2023, the sexual assault against Victim 2 was reported to law enforcement.

22. Subsequent forensic analysis determined that the male DNA recovered during Victim 1's SANE exam and the male DNA recovered during Victim 2's SANE exam was consistent with that of the Defendant's DNA.

23. Paragraphs 1-22 are incorporated into each of the counts listed below.

## COUNT 1
**(Kidnapping)**

On or about June 12, 2021, within the Southern District of Texas, the defendant,

**CESAR MARTELL**,

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom, reward, and otherwise, Victim 1, and, in committing and in furtherance of the commission of the offense, used a cell phone and a vehicle, both of which are means, facilities, and instrumentalities of interstate and foreign commerce.

**In violation of 18 U.S.C. § 1201(a)(1).**

## COUNT 2
**(Kidnapping)**

On or about May 22, 2023, within the Southern District of Texas, the defendant,

**CESAR MARTELL**,

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom, reward, and otherwise, Victim 2, and, in committing and in furtherance of the commission of the offense, used a mobile application, a cell phone and a vehicle, each of which are means, facilities, and instrumentalities of interstate and foreign commerce.

**In violation of 18 U.S.C. § 1201(a)(1).**

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: *Lauren M. Valenti*
_____
Lauren M. Valenti
Assistant United States Attorney
713-597-0997